# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAPHAEL DWIGHT HUNDLEY,** : | **CIVIL ACTION NO. 1:12-CV-790** |
| Petitioner : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **WARDEN MONICA RECTENWALD,** : | |
| Respondent : | |

## **ORDER**

AND NOW, this 24th day of June, 2013, upon consideration of the motion for reconsideration by petitioner Raphael Dwight Hundley (Doc. 29), requesting that the court reconsider its order adopting the Report and Recommendation of Magistrate Judge Blewitt (Doc. 25), in light of serious health problems that precluded him from timely objecting, and it appearing that Hundley, by letter correspondence dated May 22, 2013 (Doc. 27), requested an extension of time to file objections to the report and recommendation due to his health problems, and that the court granted this request, vacating the order adopting Magistrate Judge Blewitt's recommendation, it is hereby ORDERED that Hundley's request is DENIED as moot.

                                                   S/ Christopher C. Conner
                                                   CHRISTOPHER C. CONNER
                                                   United States District Judge